UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:22-cv-02427-PGB-DAB

MICHAEL R. MCNEIL,

    Plaintiff,

vs.

VENRA HOLDINGS, LLC,
and CORNERSTONE
FOODS, LLC, d/b/a LITTLE
CESARS,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff MICHAEL R. MCNEIL, and Defendant VENRA HOLDINGS, LLC by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal, with prejudice, of this action, against Defendant, VENRA HOLDINGS, LLC.

Respectfully submitted this 23rd day of February 2023.

| | |
|---|---|
| By: /s/Joe M. Quick, Esq. | By: /s/Todd W. Shulby, Esq |
| Joe M. Quick, Esq. | Todd W. Shulby, Esq. |
| Florida Bar No.: 0883794 | Florida Bar No.: 068365 |
| Law Office of Joe Quick, P.A. | Todd W. Shulby, P.A. |
| *Counsel for Plaintiff* | *Counsel for Defendant, Venra* |
| 1224 S. Peninsula Drive #619 | 1792 Bell Tower Lane |
| Daytona Beach, Florida 32118 | Weston, Florida 33326 |
| Tel: (386) 212-3591 | Tel: (954) 530-2236 |
| E-mail: JMQuickesq@gmail.com | Email: tshulby@shulbylaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
   Joe M. Quick, Esq.
   Florida Bar No.: 0883794
   Law Office of Joe Quick, P.A.
   *Counsel for Plaintiff*
   1224 S. Peninsula Drive #619
   Daytona Beach, Florida 32118
   Tel: (386) 212-3591
   E-mail: JMQuickesq@gmail.com