# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MICHAEL R. MCNEIL,**

       **Plaintiff,**

v.                                          **Case No: 6:22-cv-2427-PGB-DAB**

**VENRA HOLDINGS LLC and CORNERSTONE FOODS LLC,**

       **Defendants.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice, filed February 23, 2023. (Doc. 23). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Venra Holdings and Cornerstone Foods, LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 24, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
Unrepresented Parties